UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| v. | : JUDGE |
| AARON WISE | : |
| Defendant | : FILED VIA ECF |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
### 18 U.S.C. § 1001
### False Statements

From in or around October 2014 through in or around February 2015 in Lycoming County, Pennsylvania, within the Middle District of Pennsylvania defendant,

**AARON WISE,**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating false information regarding his name and employment qualifications in written correspondence with

representatives of the Environmental Protection Agency. The statements and representations were false because, as Aaron Wise then and there knew, his true name was not John McCann, he was not the Director of Operations of the Professional & Environmental Training Association and was not an accredited provider of EPA Lead Certification courses.

All in violation of Title 18, United States Code, Section 1001.

DAVID J. FREED
UNITED STATES ATTORNEY

By: _____
GEOFFREY W. MacARTHUR
ASSISTANT U.S. ATTORNEY

Dated: 6/13/19

2