# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:19-CR-00196 |
| v. | (Judge Brann) |
| AARON WISE, | |
| Defendant. | |

## PLEA

**AND NOW**, this 11th day of July 2019, the defendant, Aaron Wise, having been arraigned in open court, hereby enters a plea of **_GUILTY_** to Count 1 of the Information.

_____
Defendant

_____
Counsel for Defendant